**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DAMION ORLANDO OFFICER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-1272-R** |
| | ) | |
| **UNITED STATES DISTRICT COURT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

This matter comes before the Court for review of a Report and Recommendation [Doc. No. 10] issued by United States Magistrate Judge Suzanne Mitchell. Judge Mitchell recommends that the Petition for Writ of Habeas Corpus be granted in part. The case file shows no timely objection to the Report nor request for an extension of time, even though the parties were informed of the right to object, the procedure for doing so, and the consequences of failing to object. The parties have therefore waived the right to appellate review of the factual and legal issues addressed in the Report. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020).

The Court therefore adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is granted in part. Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days of the date of this order. Respondents shall certify compliance with this order.

IT IS SO ORDERED this 21st day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE